UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS HAMILTON,

        Petitioner,               Case No. 10-14392
                                           HON. JOHN CORBETT O'MEARA

v.

KEN ROMANOWSKI,

        Respondent,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court having reviewed the report and recommendation filed on May 7, 2012, by Magistrate Judge Paul J. Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus is DENIED.

IT IS FURTHER ORDERED that petitioner's motion to expand the record is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.


                                            s/John Corbett O'Meara
                                            United States District Judge

Date:  June 15, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 15, 2012, using the ECF system and/or ordinary mail.

                                                                    s/William Barkholz

                                                                    Case Manager